Steven L. Marchbanks, Esq., Bar No. 214686
steve@premierlegalcenter.com
PREMIER LEGAL CENTER, A.P.C.
1055 Torrey Pines Road, Ste 205
La Jolla, CA 92037
Telephone: (619) 235-3200
Facsimile: (619) 235-3300

Attorney for Plaintiff
DONNA HAMMOCK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HAMMOCK, an individual, | CASE NO: 2:19-cv-01225-KJM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff, DONNA HAMMOCK, and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC, by and through their respective attorneys of record hereby enter into a stipulation to continue the Status Conference presently scheduled to be heard on Thursday, November 7, 2019 at 10:00 am in Courtroom 25 before the Honorable Magistrate Judge Kendall J. Newman.

The parties respectfully request that an extension be granted up to and including Monday, December 23, 2019, or a later date convenient with the Court's calendar.

The parties have been actively engaging in settlement discussions and would like to continue with those settlement discussions. Good cause exits to continue the current Status Conference date and no other continuances have been sought.

The parties hereby jointly request and agree to stipulate and have the matter re-placed on the court's calendar following normal procedure the United States District Court, Eastern District of California.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

That the current Status Conference date of November 7, 2019 be vacated and continued.

Dated: October 30, 2019                    PREMIER LEGAL CENTER, A.P.C.

                                           By: _____
                                           Steven L. Marchbanks, Esq.
                                           *Attorney for Plaintiff*

Dated: October 30, 2019                    BOWMAN AND BROOKE, LLP

                                           By: _____
                                           Sean A. Ramia, Esq.
                                           *Attorney for Defendant*

## **ORDER**

The Court having reviewed the above stipulation of counsel, hereby orders that the Status Conference date of November 7, 2019, is hereby vacated, with the matter being set for Status Conference on January 9, 2020, at 10:00 A.M., in Courtroom 25.

IT IS SO ORDERED.

Dated: November 1, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD.hamm.1225