UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HAMMOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JAGUAR LAND ROVER N/A, LLC, et al.<br><br>    Defendants. | No. 2:19-cv-1225-KJN<br><br>ORDER CLOSING CASE<br><br>(ECF No. 17) |

The Court is in receipt of the parties' "Joint Stipulation and Proposed Order for Dismissal with Prejudice."[1] (ECF No. 17). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that an action may be dismissed without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." "The dismissal is effective on filing[,] no court order is required[, and unless] otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants." Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995); see also United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (noting that dismissal under Rule 41(a)(1)(A) requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed).

///

---

[1] This case proceeds before the undersigned pursuant to the consent of all parties and the district court's order reassigning the case. (See ECF Nos. 11, 12, 15.)

1

1     Because the stipulation to dismiss with prejudice was signed by all parties who have appeared (ECF No. 17), the dismissal is effective without need for a court order. However, for the purposes of clarity, the Court enters this order directing closure of the case.

    Accordingly, IT IS HEREBY ORDERED that:

1. The action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
2. The pending status conference (ECF No. 14) is VACATED;
3. The Clerk of Court is directed to CLOSE this case.

Dated: January 7, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hamm.1225